**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LAURA E. INLOW, SB# 130584
  E-Mail inlow@lbbslaw.com
HOWARD A. SLAVIN, SB#41098
  E-Mail slavin@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants, COUNTY OF LOS ANGELES, DEPUTY MICHAEL CARPENTER

FILED
CLERK, U.S. DISTRICT COURT
MAR - 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DERRIS HURTH, an individual, | CASE NO. CV09-5423 SVW (PJWx) |
| Plaintiff, | [Action Filed: July 24, 2009] |
| v. | Judge: Hon. Stephen V. Wilson, CR 6 |
| COUNTY OF LOS ANGELES, a local governmental entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; and DOES 1 through 10, inclusive, | JUDGMENT AFTER TRIAL |
| Defendants. | |

This matter came on regularly for jury trial, initially on June 23, 2010 on the claim of plaintiff, DERRIS HURTH (hereinafter "plaintiff") that his Fourth Amended Rights had been violated, and again on October 13, 2010, on the claim of plaintiff, that he was arrested without probable cause by defendants. Donald W. Cook of the Law Offices of Robert Mann and Donald W. Cook appeared for plaintiff. Howard A. Slavin of Lewis Brisbois Bisgaard & Smith LLP appeared for defendants.

**TRIAL ONE - JUNE 23, 2010 - (FOURTH AMENDMENT VIOLATION)**

A jury of eight persons was impaneled and sworn. Opening statements were made. Witnesses were called and testified. Evidence was presented and admitted.

4837-3285-6584.1

CV0905423 SVW(PJWX)

Both sides rested. The jury was instructed on the law, and closing arguments were made. The jury commenced deliberations on June 24, 2010. Prior to Trial One, plaintiff dismissed Deputy LORENA TOVAR, with prejudice.

### VERDICT IN TRIAL ONE - JUNE 24, 2010

On June 24, 2010, the jury returned a unanimous verdict in favor of defendant by responding to the following question:

Question No. 1: On the plaintiff's claim against defendant Deputy MICHAEL CARPENTER for violation of plaintiff's Fourth Amended Rights, we the jury find in favor of Defendant.

### TRIAL TWO - OCTOBER 13, 2010 (ARREST WITHOUT PROBABLE CAUSE)

A jury of eight persons were impaneled and sworn. Opening statements were made. Witnesses were called and testified. Evidence was presented and admitted. Both sides rested. The jury was instructed on the law and closing arguments were made. The jury commenced deliberations on October 13, 2010.

### VERDICT IN TRIAL TWO (ARREST WITHOUT PROBABLE CAUSE)

On October 13, 2010, the jury returned its unanimous verdict in favor of defendant.

Based upon the unanimous jury verdicts rendered for defendants, and good cause appearing therefore,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff, DERRIS HURTH shall take nothing and that Defendants COUNTY OF LOS ANGELES and DEPUTY MICHAEL CARPENTER shall have judgment against plaintiff, DERRIS HURTH, and shall be awarded costs pursuant to a bill of costs to be filed.

DATED: 2/23, 2011

Honorable Stephen V. Wilson,
Judge of the United States District Court